# EXHIBIT 1

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



# Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-23 |
| MDJ Name: | Honorable Deborah A. Lukens |
| Address: | 4002 Center Avenue<br>Lafayette Hill, PA 19444 |
| Telephone: | 610-828-5226 |

Olanrewaju Odedeyi
v.
American Airlines

American Airlines
4255 Amon Carter Blvd.
Fort Worth, TX 76155

Docket No: MJ-38123-CV-0000019-2023
Case Filed: 2/7/2023

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Friday, March 10, 2023** | Place: Magisterial District Court 38-1-23, Lafayette Hill |
|---|---|
| | 4002 Center Avenue |
| Time: **9:00 AM** | Lafayette Hill, PA 19444 |
| | 610-828-5226 |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.Civ.P.M.D.J. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.Civ.P.M.D.J. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308
Printed: 02/07/2023 11:42:30AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-828-5226

# CIVIL COMPLAINT

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF MONTGOMERY**



| | |
|---|---|
| Mag. Dist. No: 38-1-23 | |
| MDJ Name: DEBORAH A. LUKENS | |
| Address: 4002 CENTER AVE. LAFAYETTE HILL PENNSYLVANIA 19444 1440 | |
| Telephone: (610) 828-5226 | |

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | |
| POSTAGE | $ | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $201.26 | 2/7/23 |

**PLAINTIFF:** NAME and ADDRESS
OLANREWAJU ODEDEYI
2142 BIRCH DR
LAFAYETTE HILL
PENNSYLVANIA 19444

v.

**DEFENDANT:** NAME and ADDRESS
AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH
TEXAS 76155

Docket No: CV-19-23
Case Filed: 2/7/23

---

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $12,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

On January 1, 2023, Olanrewaju Odedeyi("Lanre") purchased tickets for himself and his family for flights operated by the defendant. The tickets were purchased for a round trip journey from Philadelphia to Houston. On Monday January 23rd, Defendant denied Lanre and his family boarding on their return flight from Houston back to Philadelphia. Defendant rebooked Lanre and his family on another non direct flight via Phoenix. Lanre and his family arrived back at Philadelphia six hours after their original arrival time. Lanre is now seeking compensation for denied boarding for himself and his family together with additional damages and costs incurred as a result of defendants actions.

I, Olanrewaju Odedeyi _____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

---

**If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 308A                                                   1                          FREE INTERPRETER
                                                                                        www.pacourts.us/language-rights



**DEBORAH LUKENS**
4002 CENTER AVE.
LAFAYETTE HILL, PA 19444-1440

Phone: 610-828-5226
Fax : 610-828-0446

COMMONWEALTH OF PENNSYLVANIA
MONTGOMERY COUNTY
DISTRICT COURT 38-1-23

## TO THE DEFENDANT

# YOU DO NOT HAVE TO APPEAR ON THE DEFAULT DATE

If you intend to enter a defense to this complaint, you must NOTIFY THIS COURT IMMEDIATELY. A hearing date will be set for you to present your case.

If you do not notify our court of your intent before the stated date, a DEFAULT JUDGEMENT will be entered against you.

### TO THE PLAINTIFF

**You do not have to appear on the default date**

The default date is a deadline for the defendant to enter their defense. If the defendant was successfully served but has not notified our court by that date with their intent to defend, a default judgement will be entered against them.

If the defendant notifies us with their intention to defend, we will set a new hearing date and send out notices to all parties to appear at the court on that date.

You will be notified promptly if there is a problem with serving this civil complaint.

Please notify this court if your case is settled/withdrawn/etc.

**Phone number: 610-828-5226**



DISTRICT COURT 38-1-23
4002 CENTER AVE.
LAFAYETTE HILL, PA 19444-1440



**CERTIFIED MAIL**

9214 8969 0099 9790 1147 9897 74



PHILADELPHIA PA 190
FEB 2023



US POSTAGE
$004.75
First-Class
ZIP 19444
02/09/2023
0348 0081822102

B 503

76155-260355