# EXHIBIT 2

Case# 2023-06003-0 Docketed at Montgomery County Prothonotary on 04/05/2023 3:59 PM, Fee = $294.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**COMMONWEALTH OF PENNSYLVANIA**
**COURT OF COMMON PLEAS**
**JUDICIAL DISTRICT**

**NOTICE OF APPEAL FROM DISTRICT JUSTICE JUDGMENT**

**COMMON PLEAS NO.** 2023-06003

## NOTICE OF APPEAL

**Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the District Justice on the date and in the case mentioned below.**

| Name of Appellant | | MAG.DIST.NO. or Name of D.J. |
|---|---|---|
| OLANREWAJU ODEDEYI | | 38-1-23 |
| ADDRESS OF APPELLANT / CITY / STATE / ZIP CODE | | |
| 2142 BIRCH DR, LAFAYETTE HILL, PA 19444, | | |
| DATE OF JUDGMENT | IN THE CASE OF (Plaintiff) (Defendant) | |
| 03/30/2023 | ODEDEYI, OLANREWAJU vs. AMERICAN AIRLINES | |
| CLAIM NO. | SIGNATURE OF APPELLANT OR HIS ATTORNEY OR AGENT | |
| CV-0000019-2023 | | |

**This block will be signed ONLY when this notation is required under PA. R.C.P.J.P. No 1008B**
**This notice of Appeal, when received by the District Justice, will operate as a SUPERSEDEAS to the judgment for possession in this case.**

*Signature of Prothonotary or Deputy*

**If appellant was Claimant (see Pa. R.C.P.J.P No. 1001(6) in action before District Justice, he/she MUST FILE A COMPLAINT within twenty (20) days after filing his/hers NOTICE of APPEAL.**

**~~PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE~~**

~~*(This section of form to be used ONLY when appellant was DEFENDANT (see Pa. R.C.P.J.P. No. 1001(7) in action before District Justice. If NOT USED, Detach from copy of notice of appeal to be served upon appellee.)*~~

~~PRAECIPE: To Prothonotary~~

~~Enter rule upon ____________, appellee(s), to file a complaint in this appeal (Common Pleas No. ______) within twenty (20) days after service of rule or suffer entry of judgment of non pros.~~

~~*Signature of appellant or his attorney or agent*~~

~~RULE: To ____________, appellee(s)~~
~~*Name of appellee(s)*~~

~~(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified registered mail.~~

~~(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS WILL BE ENTERED AGAINST YOU.~~

~~(3) The date of service of this rule if service was by mail is the date of mailing.~~

~~Date: __________~~

~~*Signature of Prothonotary or Deputy*~~

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL**

Case# 2023-06003-0 Docketed at Montgomery County Prothonotary on 04/05/2023 3:59 PM, Fee = $294.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## PROOF OF SERVICE OF NOTICE OF APPEAL AND RULE TO FILE COMPLAINT

(This proof of service MUST BE FILED WITHIN TEN (10) DAYS AFTER filing the notice of appeal. Check applicable boxes.)

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ______________________________ ; ss

**AFFIDAVIT:** I hereby swear or affirm that I served:

❑ A copy of the Notice of Appeal, Common Pleas No. ____________, upon the District Justice designated therein on (date of service) ____________, 20_____, ❑ by personal service ❑ by (certified) (registered) mail, sender's receipt attached hereto and upon the appellee, *(name)* ________________________________ on ____________, 20_____, ❑ by personal service ❑ by (certified) (registered) mail, sender's receipt attached hereto.

❑ And further that I served the Rule to File a Complaint accompanying the above Notice of Appeal upon the appellee(s) to whom the Rule was addressed on ____________, 20_____, ❑ by personal service ❑ by (certified) (registered) mail, sender's receipt attached hereto.

**SWORN (AFFIRMED) AND SUBSCRIBED BEFORE ME**

THIS DAY OF____________, 20_____

________________________________
*Signature of affiant*

________________________________
*Signature of official before whom affidavit was made*

________________________________
*Title of official*

My commission expires on ____________, 20_____

Case# 2023-06003-0 Docketed at Montgomery County Prothonotary on 04/05/2023 3:59 PM, Fee = $294.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

OLANREWAJU ODEDEYI

vs.

AMERICAN AIRLINES

NO. 2023-06003

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: OLANREWAJU ODEDEYI, Pro Se

Self-Represented (Pro Se) Litigant [X]

**Class Action Suit** [ ] Yes [X] No

**MDJ Appeal** [X] Yes [ ] No

**Money Damages Requested** [X]

**Commencement of Action:**

Notice of Appeal

**Amount in Controversy:**

$50,000 or less

## Case Type and Code

Civil Appeals:

Other

**Other:** MDJ APPEAL

Case# 2023-06003-0 Docketed at Montgomery County Prothonotary on 04/05/2023 3:59 PM, Fee = $294.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

COMMONWEALTH OF PENNSYLVANIA
COURT OF COMMON PLEAS

Judicial District, County of Montgomery

**NOTICE OF APPEAL**

**FROM**

**MAGISTERIAL DISTRICT JUDGE JUDGMENT**

COMMON PLEAS No.

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT | MAG. DIST. NO. | NAME OF MDJ | |
|---|---|---|---|
| Olanrewaju Odedeyi | 38-1-23 | Magisterial District Judge Deborah A. | |
| ADDRESS OF APPELLANT | CITY | STATE | ZIP CODE |
| 2142 Birch Dr | Lafayette Hill | Pennsylvania | 19444 |
| DATE OF JUDGMENT | IN THE CASE OF (Plaintiff) | (Defendant) | |
| 03/30/2023 | Olanrewaju Odedeyi | vs American Airlines | |
| DOCKET No. | SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT | | |
| MJ-38123-CV-0000019-2023 | [signature] | | |

This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008.
This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case.

Signature of Prothonotary or Deputy

*If appellant was Claimant (see Pa. R.C.P.M.D.J. No. 1001(6) in action before a Magisterial District Judge, A COMPLAINT MUST BE FILED within twenty (20) days after filing the NOTICE of APPEAL.*

### PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

*(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.*

**PRAECIPE:** To Prothonotary

Enter rule upon ______________________ appellee(s), to file a complaint in this appeal
Name of appellee(s)

(Common Pleas No. ______________ ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

*Signature of appellant or attorney or agent*

**RULE:** To ______________________, appellee(s)
Name of appellee(s)

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of the mailing.

Date: ______________, 20 _____

*Signature of Prothonotary or Deputy*

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.**
The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.C.P.M.D.J. 1005(A).

Case# 2023-06003-0 Docketed at Montgomery County Prothonotary on 04/05/2023 3:59 PM, Fee = $294.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



# NOTICE OF JUDGMENT/TRANSCRIPT CIVIL CASE

| | |
|---|---|
| Mag Dist No | MDJ-38-1-23 |
| MDJ Name | Honorable Deborah A Lukens |
| Address | 4002 Center Avenue<br>Lafayette Hill, PA 19444 |
| Telephone | 610-828-5226 |

Olanrewaju Odedeyi
v.
American Airlines

Olanrewaju Odedeyi
2142 Birch Dr
Lafayette Hill, PA 19444

Docket No MJ-38123-CV-0000019-2023
Case Filed: 2/7/2023

**Disposition Summary** (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-38123-CV-0000019-2023 | Olanrewaju Odedeyi | American Airlines | Judgment for Defendant | 03/30/2023 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

MAR 30 2023 — Date

Deborah Lukens — Magisterial District Judge Deborah A Lukens

I certify that this is a true and correct copy of the record of the proceedings containing the judgment

Date

Magisterial District Judge





FREE INTERPRETER
www.pacourts.us/language-rights
610-828-5226

Case# 2023-06003-0 Docketed at Montgomery County Prothonotary on 04/05/2023 3:59 PM, Fee = $294.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Olanrewaju Odedeyi
v
American Airlines

Docket No . MJ-38123-CV-0000019-2023

# Participant List

**Private(s)**

Ralph J. Kelly, Esq
McShea Law Firm P C
1500 Market St, Centre Square
West Tower, Suite 4000
Philadelphia, PA 19102-2100

**Plaintiff(s)**

Olanrewaju Odedeyi
2142 Birch Dr
Lafayette Hill, PA 19444

**Defendant(s)**

American Airlines
4255 Amon Carter Blvd
Fort Worth, TX 76155