# EXHIBIT 4

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

*Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.*

OLANREWAJU ODEDEYI

vs.

AMERICAN AIRLINES

NO.  2023-06003

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY  BAR ASSOCATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

PRIF0034
R 10/11

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# COURT OF COMMON PLEAS  MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| OLANREWAJU ODEDEYI<br><br>        Plaintiff.<br>    v.<br><br><br>AMERICAN AIRLINES<br>        Defendant. | COURT OF COMMON PLEAS<br>MONTGOMERY COUNTY, PA<br><br>CIVIL ACTION<br><br><br>NO.  2023-06003 |

## NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERENCE AND INFORMATION SERVICE
Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107-2911
Telephone (215) 238-1701

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**AVISO**

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación.  Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ES CRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

LAWYER REFERENCE AND INFORMATION SERVICE
Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107-2911
Telephone (215) 238-1701

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## COURT OF COMMON PLEAS  MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| OLANREWAJU ODEDEYI<br><br>Plaintiff.<br><br>v.<br><br><br>AMERICAN AIRLINES<br>Defendant. | COURT OF COMMON PLEAS MONTGOMERY COUNTY, PA<br><br>CIVIL ACTION<br><br>NO. 2023-06003 |

### PLAINTIFF FIRST AMENDED COMPLAINT

1.      Plaintiff herein is Olanrewaju Odedeyi ("Odedeyi") an adult individual with an address of 2142 Birch Drive, Lafayette Hill, PA 19444.

2.      Defendant herein is American Airlines, a US-based airline with an address at 4255 Amon Carter Blvd, Fort Worth, TX 76155.

### FACTS

3.      On November 27, 2021, Odedeyi purchased flight tickets for a round-trip journey from Philadelphia to Montego Bay for non-connecting flights operated by the defendant.

4.      On May 5, 2022, Odedeyi was to fly back from  Montego Bay back to Philadelphia.

5.      On May 5, 2022, Defendant delayed the flight and provided new departure times several times throughout put the course of the day.

6.      On May 5, 2022,  Defendant finally canceled the flight and provided a flight time for May 6, 2022.

7.      On January 1, 2023, Odedeyi purchased flight tickets for a round-trip journey from Philadelphia to Houston for a non-connecting flight operated by the defendant.

8.      On Friday, January 20, 2023, Odedeyi traveled to Houston on AA 4475.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

9.      Odedeyi was to travel on Monday, January 23rd, 2023 to Philadelphia on AA 2307 with a 1.30 PM departure time.

10.     On or about 12.30 PM on Monday, January 23rd, 2023, Defendant or its agent updated the flight's departure time from 1.30 PM to 1.40 PM.

11.     On or about 12.30 PM on Monday, January 23rd, 2023, Defendant or its agent updated the original flight departure gate that was published when Odedeyi checked in for his flight.

12.     Defendant via the iOS App provides a mobile application that provides information to customers including upcoming flight times and gates.

13.     The installed application on Odedeyi's mobile phone was updated to reflect the changes for the flight's departure time and flight departure gate by Defendant or its agent was published.

14.     Odedeyi showed up at the boarding gate 23 minutes before the updated departure time.

15.     Defendant did not allow Odedeyi to board their flight.

16.     Defendant departed before the original departure time.

17.     Defendant departed the flight before the updated departure time.

18.     Defendant closed the boarding gate before the required time.

19.     Defendant rebooked Odedeyi on another nondirect flight via Phoenix.

20.     Odedeyi arrived back in Philadelphia 6 hours after their original arrival time.

21.     Odedeyi commended this action in Montgomery County 38-1-23 Magisterial District Court with docket number MJ-38123-CV-0000019-2023.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

22.    At the  Magisterial District Court hearing, Kenneth S. Nankin presented testimony on behalf of the defendant.

23.    Kenneth S. Nankin was not the Attorney of record for Defendant at the time of the hearing.

24.    Kenneth S. Nankin presented testimony to the court that the defendant or its agents did not change the departure time.

25.    Kenneth S. Nankin presented testimony to the court that the defendant or its agents did not change the departure gate.

26.    Kenneth S. Nankin presented testimony to the court that the defendant or its agents waited for Odedeyi to board the flight until 1.22 PM.

27.    Defendant departed before the original departure time.

28.    Defendant departed the flight before the updated departure time.

29.    All conditions precedent to Odedeyi 's right to relief have been satisfied.

## CAUSE OF ACTION

### Count I – Breach Of Contract

30.    Odedeyi incorporates the foregoing averments of this pleading as if set forth at length within this Count.

31.    Odedeyi & Defendant entered into two contracts in which Odedeyi paid a sum of money to Defendant.

32.    A copy of the flight confirmation email sent by Defendant is attached herein as Exhibit "A"

33.    In the agreement to transport Odedeyi from Montego Bay to the Philadelphia flight, Defendant delayed the flights by almost 18 hours.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

34.     In the agreement to transport Odedeyi from Houston to Philadelphia, Defendant did not allow Odedeyi to fly at the original and the updated flight time.

35.     In the agreement to transport Odedeyi from Houston to Philadelphia, Defendant rebooked Odedeyi on a flight on another flight.

36.     In both cases, Defendant failed to perform its obligations under the original agreement.

37.     Defendant's failure to perform on the original agreement constituted a breach of the Agreement.

38.     After Defendant canceled Odedeyi's flight from Montego Bay to Philadelphia on Thursday, May 5, 2022, Defendant or its agents transported Odedeyi to a hotel for lodging.

39.     Defendant transported Odedeyi to the hotel in an unventilated bus.

40.     Defendant owed Odedeyi a duty of care for safe transportation.

41.     Defendant owed Odedeyi a duty of care for transportation that were compliant with COVID-19 protocols.

42.     Defendant breached the duty of care that it owed to Odedeyi.

43.     Defendant was negligent by failing to transport Odedeyi in a manner that was compliant with COVID-19 protocols.

44.     Defendant did not give Odedeyi the option of private transportation.

45.     Defendant required pre-departure COVID-19 testing based on the testing policy mandated by the CDC.

46.     CDC required testing of passengers between 24 and 72 hours prior to departure.

47.     Odedeyi tested negative to pre-departure COVID-19 testing.

48.     Defendant did not enforce the mask policy on the unventilated bus.

Case# 2023-06603-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

49.     The defendant or its agent comingle other passengers that were not scheduled to depart on the original flight.

50.     Defendant did not require further testing following the canceled flights.

51.     On the day of the flight, Defendant allowed several passengers on the flight to fly without masks.

52.     Defendant did not strictly enforce the mask mandates on the flight.

53.     The defendant allowed passengers to board with test results that did not meet CDC guidelines.

54.     Defendant allowed passengers with tests older than 72 hours to board the flight.

55.     Defendant or its agents did not follow some or all of the COVID-19 protocols.

56.     Defendant or its agent failed to take reasonable steps to protect Odedeyi from exposure to the COVID-19 virus.

57.     Odedeyi contracted COVID-19 because Defendant or its agent did not follow some or all of the COVID-19 protocols.

58.     Odedeyi contracted COVID-19 from the breach of duty by Defendant.

59.     The breach of the duty of care by Defendant was the proximate cause of the injury suffered by Odedeyi.

60.     Odedeyi suffered damages and injuries resulting from the breach of duty by Defendant.

## Count II – Negligence

61.     Odedeyi incorporates the foregoing averments of this pleading as if set forth at length within this Count.

62.     After Defendant canceled Odedeyi's flight from Montego Bay to Philadelphia on Thursday, May 5, 2022, Defendant or its agents transported Odedeyi to a hotel for lodging.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

63.     Defendant transported Odedeyi to the hotel in an unventilated bus.

64.     Defendant owed Odedeyi a duty of care for safe transportation.

65.     Defendant owed Odedeyi a duty of care for transportation that were compliant with COVID-19 protocols.

66.     Defendant breached the duty of care that it owed to Odedeyi.

67.     Defendant was negligent by failing to transport Odedeyi in a manner that was compliant with COVID-19 protocols.

68.     Defendant did not give Odedeyi the option of private transportation.

69.     Defendant required pre-departure COVID-19 testing based on the testing policy mandated by the CDC.

70.     CDC required testing of passengers between 24 and 72 hours prior to departure.

71.     Odedeyi tested negative to pre-departure COVID-19 testing.

72.     Defendant did not enforce the mask policy on the unventilated bus.

73.     The defendant or its agent comingle other passengers that were not scheduled to depart on the original flight.

74.     Defendant did not require further testing following the canceled flights.

75.     On the day of the flight, Defendant allowed several passengers on the flight to fly without masks.

76.     Defendant did not strictly enforce the mask mandates on the flight.

77.     The defendant allowed passengers to board with test results that did not meet CDC guidelines.

78.     Defendant allowed passengers with tests older than 72 hours to board the flight.

79.     Defendant or its agents did not follow some or all of the COVID-19 protocols.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

80.     Defendant or its agent failed to take reasonable steps to protect Odedeyi from exposure to the COVID-19 virus.

81.     Odedeyi contracted COVID-19 because Defendant or its agent did not follow some or all of the COVID-19 protocols.

82.     Odedeyi contracted COVID-19 from the breach of duty by Defendant.

83.     The breach of the duty of care by Defendant was the proximate cause of the injury suffered by Odedeyi.

84.     Odedeyi suffered damages and injuries resulting from the breach of duty by Defendant.

### Count III – Violation Of Article 19 of the Montreal Convention for the Unification of Certain Rules for International Carriage by Air (The Montreal Convention),

85.     Odedeyi incorporates the foregoing averments of this pleading as if set forth at length within this Count.

86.     Article 19 of the Montreal Convention provides that a carrier can be liable for damages to passengers caused by delays in transportation.

87.     Defendant transported some passengers on a flight via Miami on May 5, 2022.

88.     Odedeyi requested that he should be transported via Miami so that he could arrive back in Philadelphia back on the same but Defendant refused.

89.     Odedeyi suffered damages resulting from the breach of the Violation Of Article 19 of the Montreal Convention by Defendant.

### PRAYER FOR RELIEF

**WHEREFORE**, Odedeyi respectfully requests the entry of judgment in his favor and against Defendant for compensatory damages, expectation damages, incidental damages, consequential damages, and punitive damages in the amount of $50,000 together with taxable

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

costs, attorney fees, prejudgement interest, and such other and further relief as justified by law or

equity.

Respectfully submitted,
**OLANREWAJU ODEDEYI**
Date:<u>05.01.2023</u>                                   By:<u>/s/ Olanrewaju Odedeyi</u>
                                                               Olanrewaju Odedeyi

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## VERIFICATION

I, OLANREWAJU ODEDEYI, hereby verify the factual statements contained in the foregoing first amended complaint are true and correct to the best of my present knowledge, information, and belief.  I understand that the statements herein are subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.


Date: 05/01/2023

OLANREWAJU ODEDEYI

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Exhibit "A"

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

 Gmail                                    Olanrewaju Odedeyi <waju.odedeyi@gmail.com>

---

## Your flight to Philadelphia - Departure Gate Change.
1 message

---

**American Airlines** <no-reply@info.email.aa.com>                    Thu, May 5, 2022 at 6:04 PM
To: WAJU.ODEDEYI@gmail.com

**American Airlines** 



 Flight 860 to PHL departs from gate 13

Record locator: **YINSKU**

[ Check flight status ]

---

**UPDATED**

# MBJ to PHL

Friday, May 06, 2022

**9:30** AM  →  **2:11** PM
Montego Bay          Philadelphia

Terminal --          Terminal **A**

Gate **13**          Gate **A11A**

**AA 860**

---

Contact us   |   Privacy policy

Get the American Airlines app

4/28/23, 5:20 PM                                    Gmail - Your flight to Philadelphia - Departure Gate Change.



Please do not reply to this email address as it is not monitored. This email was sent to
WAJU.ODEDEYI@GMAIL.COM

**one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

4/28/23, 5:18 PM                                 Gmail - Your trip confirmation (PHL - MBJ)

 Gmail                                 **Olanrewaju Odedeyi <waju.odedeyi@gmail.com>**

---

**Your trip confirmation (PHL - MBJ)**
1 message

---

**American Airlines** <no-reply@notify.email.aa.com>                 Sat, Nov 27, 2021 at 2:42 PM
To: WAJU.ODEDEYI@gmail.com

                                                      

---

Issued: November 27, 2021



**Your trip confirmation and receipt**

---

### Record Locator: SPJAKV

We charged $425.28 to your card ending in 1006 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

| Manage your trip |
| --- |

---

## Friday, April 29, 2022

| PHL | | MBJ | Seat: | 25F, 25E, 25D |
|-----|--|-----|-------|---------------|
| **10:40** AM | $\rightarrow$ | **1:34** PM | Class: | Economy (T) |
| | | | Meals: | Refreshment |
| Philadelphia | | Montego Bay | | |

**AA 860**

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Thursday, May 5, 2022

| MBJ | | PHL | Seat: | 25F, 25E, 25D |
|-----|--|-----|-------|---------------|
| **2:46** PM | → | **7:35** PM | Class: | Economy (Y) |
| | | | Meals: | Refreshment |
| Montego Bay | | Philadelphia | | |

**AA 860**

## Your payment

| | |
|---|---|
| Credit Card AmericanExpress ending 1006 | $425.28 |
| AAdvantage® Certificate | |
| **Total paid** | **$425.28** |

## Your purchase

**ODUNOLA SOWUNMI**
AAdvantage #: 7Y72DU4

| | |
|---|---|
| New ticket | $141.76 |
| Ticket #: 0012315336337 | |
| **Total** | **$141.76** |

**OLANREWAJU ODEDEYI**
AAdvantage #: 7U10JK6

| | |
|---|---|
| New ticket | $141.76 |
| Ticket #: 0012315336338 | |
| **Total** | **$141.76** |

**OLUWAMOLAMITOBI OLANREWAJU ODEDEYI**

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| New ticket | $141.76 |
| Ticket #: 0012315336339 | |

| | |
|---|---|
| **Total** | **$141.76** |

| | |
|---|---|
| **Total cost** (all passengers) | **$425.28** |

# Bag information

## Checked bags

PHL - MBJ

**Online***

| 1st bag | 2nd bag |
|---|---|
| $30.00 | $40.00 |

**Airport**

| 1st bag | 2nd bag |
|---|---|
| $30.00 | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Book a hotel »    Book a car » Buy trip insurance »    Things to do »



---

Contact us    |    Privacy policy

Get the American Airlines app

 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

          

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from

checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**Chemical sprays on international flights** Flights to and from certain countries require insecticide treatment (a process known as disinsection) inside the cabin for insect and disease control. The U.S. Department of Transportation provides full information about the spray and the countries required to use it. Aircraft disinsection requirements.

Check-in lines will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

We place limitations on checked baggage and boxes on some flights to Mexico, the Caribbean, Central and South America. To confirm what you can take on your journey please see Baggage Limitations.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message
from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

4/28/23, 4:34 PM                                                  Gmail - Your trip confirmation (PHL - IAH)

# Gmail

**Olanrewaju Odedeyi <waju.odedeyi@gmail.com>**

## Your trip confirmation (PHL - IAH)
1 message

**American Airlines** <no-reply@info.email.aa.com>                     Sun, Jan 1, 2023 at 2:38 AM
To: WAJU.ODEDEYI@gmail.com

**American Airlines**

Issued: January 1, 2023

 **Your trip confirmation and receipt**

We charged $951.60 to your card ending in 8839 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: YLRHJU**

**Friday, January 20, 2023**

**PHL**
Philadelphia
**6:48 PM**

**IAH**
Houston George Bush
**10:01 PM**

**AA 4475**
Operated by REPUBLIC
AIRWAYS
as AMERICAN EAGLE

Seat:
Class: **Economy (O)**
Meals:

**Sunday, January 22, 2023**

**IAH**
Houston George Bush
**1:30 PM**
**PHL**
Philadelphia
**5:40 PM**

**AA 2307** 

Seat:
Class: **Economy (N)**
Meals: **Food for purchase**

**Manage your trip**

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Earn up to $200 Back
Plus 40,000 bonus miles. Terms Apply.
Learn more



## Your purchase

**Olanrewaju Odedeyi - AAdvantage® #: 7U10JK6**

New ticket (0012360259540)                                    $317.20
[$267.91 + Taxes & carrier-imposed fees $49.29]

**Odunola Sowunmi - AAdvantage® #: 7Y72DU4**

New ticket (0012360259541)                                    $317.20
[$267.91 + Taxes & carrier-imposed fees $49.29]

**Oluwamolamitobisi Olanrewaju Odedeyi**

New ticket (0012360259542)                                    $317.20
[$267.91 + Taxes & carrier-imposed fees $49.29]

**Total cost** (all passengers)                               **$951.60**

## Your payment

Visa (ending 8839)                                            $951.60

**Total paid**                                                **$951.60**

## Bag information

**Checked Bag (Airport)**                    **Checked Bag (Online*)**

1st bag    No charge                         1st bag    No charge
2nd bag    $40.00                            2nd bag    $40.00

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width
+ height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts
may apply. Bag and optional fees

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags

**1st carry-on**     Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on**     Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

Book a hotel »          Buy trip          AAVacations »
            Book a car »   insurance »



Contact us

Privacy policy

Download on the App Store          GET IT ON Google Play

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

         

Lithium Batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corosives    E - cigarettes

Gmail - Your trip confirmation (PHL - IAH)

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to WAJU.ODEDEYI@GMAIL.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read,

4/28/23, 4:34 PM

Gmail - Your trip confirmation (PHL - IAH)

distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.
For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

Case# 2023-06003-5 Docketed at Montgomery County Prothonotary on 05/01/2023 9:35 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.