# EXHIBIT 5

Case# 2023-06003-6 Docketed at Montgomery County Prothonotary on 05/02/2023 10:00 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## COURT OF COMMON PLEAS MONTGOMERY COUNTY, PENNSYLVANIA

| OLANREWAJU ODEDEYI<br><br>Plaintiff.<br>v.<br><br>AMERICAN AIRLINES<br>Defendant. | COURT OF COMMON PLEAS MONTGOMERY COUNTY, PA<br><br>CIVIL ACTION<br><br>NO. 2023-06003 |
|---|---|

### PRAECIPE TO WITHDRAW PLAINTIFF FIRST AMENDED COMPLAINT

To the Prothonotary:

Kindly withdraw Plaintiff First Amended Complaint. Plaintiff will refile shortly.

Date: 05/02/2023

Respectfully submitted,
By: /s/ Olanrewaju Odedeyi
Olanrewaju Odedeyi