# EXHIBIT 6

# COURT OF COMMON PLEAS MONTGOMERY COUNTY, PENNSYLVANIA

| OLANREWAJU ODEDEYI<br><br>                     Plaintiff.<br>v.<br><br>AMERICAN AIRLINES<br>                     Defendant. | COURT OF COMMON PLEAS MONTGOMERY COUNTY, PA<br><br>CIVIL ACTION<br><br>NO. 2023-06003 |
|---|---|

## PRAECIPE TO UPDATE AMOUNT IN CONTROVERSY

To the Prothonotary:

Kindly update the amount in controversy to more than $50,000.

Date: 05/02/2023

Respectfully submitted,
By: /s/ *Olanrewaju Odedeyi*
Olanrewaju Odedeyi

Case# 2023-06003-7 Docketed at Montgomery County Prothonotary on 05/02/2023 10:53 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.