APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OLANREWAJU ODEDEYI

V.

AMERICAN AIRLINES

Civil Action
No: 23-1934

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, American Airlines, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

The parent corporation of American Airlines, Inc. is American Airlines Group, Inc., a publicly-held corporation. American Airlines Group, Inc. owns 100% of American Airlines, Inc.'s stock.

05/25/3023
Date

/s/ Ralph J. Kelly
Signature

Counsel for: American Airlines, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Disclosure Statement of Defendant American Airlines, Inc. to be served upon pro se Plaintiff on this 25th day of May, 2023 via *First-Class Mail* at the following address:

>Olanrewaju Odedeyi
>2142 Birch Drive
>Lafayette Hill, PA 19444

>*s/ Ralph J. Kelly*
>Ralph J. Kelly, Esquire