IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLANREWAJU ODEDEYI | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1934 |
| AMERICAN AIRLINES | : | |

**ORDER**

AND NOW, this 13th day of June, 2023, upon consideration of Defendant American Airlines' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim (Document No. 4), and Plaintiff's Response in Opposition and Second Amended Complaint filed in response thereto, it is hereby ORDERED the Motion to Dismiss is DENIED AS MOOT.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.