IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLANREWAJU ODEDEYI | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1934 |
| AMERICAN AIRLINES | : | |

# **ORDER**

AND NOW, this 13th day of July, 2023, upon consideration of Defendant American Airlines' Motions to Dismiss Plaintiff Odedeyi's Second Amended Complaint for Failure to State a Claim (Document No. 13), to Strike Plaintiff's Praecipe to Substitute and Third Amended Complaint (Document No. 18), and Plaintiff's Motion for Leave to File Third Amended Complaint (Document No. 16), it is hereby ORDERED that all of the foregoing Motions are DENIED AS MOOT.[1]

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

Juan R. Sánchez

_____
Juan R. Sánchez,      C.J.

---

[1] On July 11, 2023, there having been no answer or summary judgment motion filed, Odedeyi voluntarily dismissed this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).